SCHROEDER SCHAFF & LOW
Jeremy J. Schroeder (SBN 223118)
jjs@sslfirm.com
Jason W. Schaff (SBN 244285)
jws@sslfirm.com
2205 Plaza Drive, Suite 225
Rocklin, California 95765
Telephone: (916) 672-6558
Facsimile: (916) 672-6602

and

ECKLAND & BLANDO LLP

Samuel P. Blatchley (BBO No. 670232)
*Pro Hac Vice Application Forthcoming
22 Boston Wharf Road
7th Floor
Boston, MA 02210
Telephone: (612) 236-0160
Facsimile: (612) 236-0719
sblatchley@ecklandblando.com

Kristin K. Robbins
*Pro Hac Vice Application Forthcoming
1100 Poydras Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 662-1595
Facsimile: (612) 236-0719
Krobbins@ecklandblando.com

**Attorneys for Plaintiffs and Presumptive Class**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR SAWYER; JARRETT DRAKE; ERIC MESCHINO; and BILL SOUZA, on behalf of themselves and those similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>MONTEREY BAY AQUARIUM FOUNDATION,<br><br>　　　　Defendants. | Case No. 5:23-cv-04994-BLF<br><br>**Joint Stipulation of Dismissal With Prejudice**<br><br>Judge: The Hon. Beth Labson Freeman |

Plaintiffs, Arthur Sawyer, Jarret Drake, Eric Meschino, and Bill Souza, on behalf of themselves and those similarly situated ("Plaintiffs") and Defendant, Monterey Bay Aquarium

1

Foundation ("MBAF"), and being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil procedure that this action, and each and every count and claim asserted herein, be dismissed with prejudice, each party to bear their own costs, expenses, and fees. While Plaintiffs brought this action as a class action, no class has been certified, Plaintiffs have not sought certification, nor has certification been proposed for purposes of this dismissal. Accordingly, Rule 23(e) is not implicated in this voluntary dismissal.

IT IS SO STIPULATED through counsel of record.

Dated: January 8, 2024                SCHROEDER SCHAFF & LOW, Inc.

                                      __/s/ Jason W. Schaff_____
                                      Jason W. Schaff

                                      ATTORNEYS FOR PLAINTIFFS, ARTHUR SAWYER, ET AL.

Dated: January 4, 2024                BERGESON, LLP

                                      Rebecca Kaufman

                                      ATTORNEYS FOR DEFENDANT, MONTEREY BAY AQUARIUM FOUNDATION

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Jason W. Schaff, attest concurrence in the filing of this document has been obtained.

                                      _/s/ Jason W. Schaff_____
                                      Jason W. Schaff

## **ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

Dated: _____                                    _____
                                                                              Hon. Beth Labson Freeman